500 A.2d 427

**Paul M. MARCINCIN**

v.

**CITY OF BETHLEHEM and Charles F. Bedics.**

**Appeal of Charles F. BEDICS.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1985.

Decided Nov. 21, 1985.

Edward J. McKarski, Easton, for appellant.

Joseph F. Leeson, Sr., Bethlehem, Daniel Cohen, Easton, for City of Bethlehem.

Frank S. Poswistilo, Easton, for Paul M. Marcincin.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

It appearing that the above-captioned matter presents no case in controversy, the Order of the Court of Common Pleas of Northampton County entered March 6, 1985, at No. 1985-C-345 is vacated and the complaint is dismissed.